RITA OLSON, as Administratrix of the Estate of HARRY A. OLSON, Deceased, Plaintiff, v. 480 PARK AVENUE CORP. et al., Defendants. 480 PARK AVENUE CORPORATION, Third-Party Plaintiff-Respondent, v. ALLWYN CONTRACTING CO., INC., Third-Party Defendant-Appellant.—

The third-party plaintiff in its third-party complaint asserts that it was not in control of the premises where the accident occurred, and it unequivocally disavows any negligence on its part. Consequently, there is no valid basis for a claim over against the third-party defendant pursuant to section 193-a of the Civil Practice Act (*Kile* v. *Riefler Bros. Contrs.*, 282 App. Div. 1000; *Wolf* v. *La Rose & Sons*, 272 App. Div. 932, affd. 298 N. Y. 597; *Resnick* v. *City of New York*, 286 App. Div. 861). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.